```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725
```

FILED
MAY 05 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. 2:11-cr-0198 MCE |
| Plaintiff, | ) |
| v. | ) |
| ALONZO STEVE BARNETT, and CRYSTAL RUSSO, | ) |
| Defendant. | ) |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of the Court.

DATED: May 5, 2011

_____
HONORABLE EDMUND F. BRENNAN
U.S. Magistrate Judge