```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-0198 MCE |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CRYSTAL RUSSO, | ) | |
| Defendant. | ) | Date: March 22, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference scheduled for March 22, 2012, may be continued to April 26, 2012, at 9:00 a.m.

   Ms. Russo (Crystal Lima) was arraigned last week on a year-old indictment charging events that occurred in 2008.  (Her co-defendant, Alonzo Barnett, is not in federal custody.)

///

1  The government has provided discovery but the defense needs additional
2  time to review it and also to bring a motion for Ms. Lima's pretrial
3  release.  In light of these tasks, the parties agree that the ends of
4  justice served by this continuance outweigh the best interests of the
5  public and the defendant in a speedy trial and that time under the Speedy
6  Trial Act should be excluded through April 26, 2012, pursuant to 18
7  U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

Dated:  March 21, 2012            /s/ T. Zindel
                                               TIMOTHY ZINDEL
                                               Assistant Federal Defender
                                               Attorney for CRYSTAL RUSSO

                                               BENJAMIN B. WAGNER
                                               United States Attorney

Dated:  March 21, 2012            /s/ T. Zindel for D. McConkie
                                               DANIEL S. McCONKIE
                                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 26, 2012, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE