1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:11-CR-0198 MCE
                                  )
14             Plaintiff,         )
                                  ) **STIPULATION AND ORDER CONTINUING**
15      v.                        ) **STATUS CONFERENCE AND EXCLUDING**
                                  ) **TIME AS TO DEFENDANT RUSSO**
16 ALONZO STEVE BARNETT and       )
   CRYSTAL RUSSO,                 )
17                                ) Date:  April 26, 2012
               Defendants.        ) Time:  9:00 a.m.
18                                ) Judge: Hon. Morrison C. England
   _____)
19

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22 of America, and defendant Crystal Russo, through their respective

23 attorneys, that the status conference scheduled (as to Ms. Russo only)

24 for April 26, 2012, may be continued to May 24, 2012, at 9:00 a.m.

25      Codefendant Barnett was arraigned last week and a status conference

26 scheduled for May 24.  Ms. Russo was arraigned in mid-March and a status

27 conference was set for April 26.  The parties have agreed to continue the

28 latter status conference to May 24.  Counsel for Ms. Russo seeks

additional time to review discovery, which has yet to be completed, and to do research and investigation. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through May 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  April 24, 2012         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for CRYSTAL RUSSO


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  April 24, 2012         /s/ T. Zindel for D. McConkie
                               DANIEL McCONKIE
                               Assistant U.S. Attorney

**O R D E R**

The status conference involving Ms. Russo is continued to May 24, 2012, at 9:00 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 24, 2012.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order                    2