```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:11-CR-00198 MCE
                                 )
14              Plaintiff,       )
                                 ) STIPULATION AND ORDER CONTINUING
15       v.                      ) STATUS CONFERENCE AND EXCLUDING
                                 ) TIME AS TO DEFENDANT RUSSO
16  ALONZO STEVE BARNETT and     )
    CRYSTAL RUSSO,               )
17                               ) Date:  May 24, 2012
                Defendants.      ) Time:  9:00 a.m.
18                               ) Judge: Hon. Morrison C. England
    _____)
19
```

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendants, Alonzo Steve Barnett and Crystal Russo,
23 through their respective attorneys, that the status conference scheduled
24 for May 24, 2012, may be continued to June 28, 2012, at 9:00 a.m.
25 ///
26 ///
27 ///
28 ///

Counsel for both defendants seek additional time to review discovery, which has yet to be completed, and to do research and investigation. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through June 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

```
                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

Dated:  May 21, 2012                 /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for CRYSTAL RUSSO

Dated:  May 21, 2012                 /s T. Zindel for D. Fischer
                                     DAVID FISCHER
                                     Attorney for STEVE BARNETT

                                     BENJAMIN B. WAGNER
                                     United States Attorney


Dated:  May 21, 2012                 /s/ T. Zindel for D. McConkie
                                     DANIEL McCONKIE
                                     Assistant U.S. Attorney
```

///

///

///

Stip. & Order                                2

**O R D E R**

The status conference is continued to June 28, 2012, at 9:00 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 28, 2012.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE