1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

6 Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0198 MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **MODIFYING RELEASE CONDITIONS** |
| ALONZO STEVE BARNETT and | ) **AS TO DEFENDANT RUSSO** |
| CRYSTAL RUSSO, | ) |
| Defendants. | ) Judge:   Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Crystal Russo, through their respective attorneys, that the release conditions imposed on Ms. Russo on March 29, 2012, may be modified as set forth below.

On July 12, Ms. Russo's pretrial services officer contacted counsel to request that Ms. Russo's electronic monitoring condition be modified from "home detention" to "curfew" to better accommodate Ms. Russo's schedule of commitments. Ms. Russo has complied with all conditions of release.

Accordingly, the parties agree that the electronic monitoring condition (number 14 of the conditions filed March 29, 2012) be modified to strike the language regarding home detention and to substitute the following in its place:

> CURFEW:  You are restricted to your residence every day as directed by your pretrial services officer.

All other conditions shall remain in force.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  July 17, 2012               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for CRYSTAL RUSSO

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  July 17, 2012               /s/ T. Zindel for D. McConkie
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
```

**O R D E R**

Condition number 14 of the release conditions previously imposed on Ms. Russo is modified to strike the language in that paragraph regarding home detention and to substitute the following in its place:

> CURFEW:  You are restricted to your residence every day as directed by your pretrial services officer. as set forth above. All other conditions remain in effect.

IT IS SO ORDERED.

Dated: July 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Order                         2