```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CRYSTAL RUSSO
 7
 8
 9             IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,   ) No. 2:11-CR-00198 MCE
                                )
14            Plaintiff,        )
                                ) STIPULATION AND ORDER
15       v.                     ) CONTINUING STATUS CONFERENCE
                                ) AND EXCLUDING TIME
16  CRYSTAL RUSSO,              )
                                )
17            Defendant.        ) Date:  August 23, 2012
                                ) Time:  9:00 a.m.
18  _____ ) Judge: Hon. Morrison C. England
19
```

20   IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,
21 through her attorney, Timothy Zindel, and plaintiff, United States of
22 America, through its attorney, Daniel S. McConkie, that the status
23 conference scheduled for August 23, 2012, may be continued to September
24 27, 2012, at 9:00 a.m.
25   Ms. Russo and counsel are still awaiting additional audio recordings
26 the government has promised to provide in discovery.  Those recordings
27 will determine whether further investigation is needed and will help the
28 parties to resolve the case.

(The Court recently ordered a pre-plea presentence report on behalf of co-defendant Alonzo Barnett and scheduled a separate status for him.)  To complete discovery and investigation, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through September 27, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 17, 2012            /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for CRYSTAL RUSSO


BENJAMIN B. WAGNER
United States Attorney

Dated:  August 17, 2012            /s/ T. Zindel for D. McConkie
                                   DANIEL S. McCONKIE
                                   Assistant U.S. Attorney


# O R D E R

The status conference is continued to September 27, 2012, at 9:00 a.m.  The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                      -2-