DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CRYSTAL RUSSO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0198 MCE |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **MODIFYING RELEASE CONDITIONS** |
| ALONZO STEVE BARNETT and | ) **AS TO DEFENDANT RUSSO** |
| CRYSTAL RUSSO, | ) |
| Defendants. | ) Judge:  Hon. Kendall J. Newman |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Crystal Russo, through their respective attorneys, that the release conditions imposed on Ms. Russo on March 29, 2012, may be modified as set forth below.

   On September 18, Ms. Russo's pretrial services officer contacted counsel to request that Ms. Russo's electronic monitoring condition be removed because she has complied with all conditions of release for six months without issue, reports as required, is seen monthly in the field,

1  has completed the MRT program, and because all her drug test results have
2  been negative.  Pretrial services believes electronic monitoring is no
3  longer needed.  Accordingly, the parties agree that the electronic
4  monitoring condition (number 14 of the conditions filed March 29, 2012)
5  be stricken.  All other conditions shall remain in force.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   September 19, 2012             /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   September 19, 2012             /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney
```

**O R D E R**

Condition number 14 of the release conditions previously imposed on Ms. Russo (requiring electronic monitoring) is stricken.

IT IS SO ORDERED.

Dated: September 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE