1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:11-CR-00198 MCE
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16  CRYSTAL RUSSO et al.,          )
                                   )
17              Defendants.        )  Date:  October 25, 2012
                                   )  Time:  9:00 a.m.
18  _____)  Judge: Hon. Morrison C. England

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,

21  through her attorney, Timothy Zindel, and plaintiff, United States of

22  America, through its attorney, Daniel S. McConkie, that the status

23  conference as to defendant Russo, scheduled for October 25, 2012, may be

24  continued to January 10, 2013, at 9:00 a.m.

25      Ms. Russo and counsel are awaiting additional audio recordings the

26  government has promised to provide in discovery.  Those recordings will

27  determine whether further investigation is needed and will help the

28  parties to resolve the case.

1  Also, defense counsel will be unavailable from mid-November to mid-

2  December while on medical leave.   In order to complete necessary

3  discovery and investigation and to assure continuity of defense counsel,

4  the parties agree that the ends of justice served by this continuance

5  outweigh the best interests of the public and the defendant in a speedy

6  trial and that time under the Speedy Trial Act should be excluded through

7  January 10, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and

8  (b)(IV).

9

   Respectfully submitted,

10
                                        DANIEL J. BRODERICK
11                                      Federal Defender

12
   Dated:   October 23, 2012            /s/ T. Zindel
13                                      TIMOTHY ZINDEL
                                        Assistant Federal Defender
14                                      Attorney for CRYSTAL RUSSO

15
                                        BENJAMIN B. WAGNER
16                                      United States Attorney

17
   Dated:   October 23, 2012            /s/ T. Zindel for D. McConkie
18                                      DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
19

20

21

22

23

24

25

26  ///

27  ///

28  ///

Stip & Order                   -2-

1

**O R D E R**

2      The status conference is continued to January 10, 2013, at 9:00 a.m.

3  The Court finds that the ends of justice to be served by a continuance

4  outweigh the best interests of the public and the defendant in a speedy

5  trial, for the reasons stated above.

6      IT IS SO ORDERED.

7

 Dated: October 29, 2012

8

9  _____

10  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip & Order                          -3-