```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CRYSTAL RUSSO
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ALONZO STEVE BARNETT and<br>CRYSTAL RUSSO,<br><br>           Defendants.<br>_____ | No. 2:11-CR-0198 MCE<br><br>**STIPULATION AND ORDER**<br>**MODIFYING RELEASE CONDITIONS**<br>**AS TO DEFENDANT RUSSO**<br><br>Judge:  Hon. Allison Claire |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Crystal Russo, through their respective attorneys, that the release conditions imposed on Ms. Russo on March 29, 2012, may be modified as set forth below.

   Ms. Russo's pretrial services officer has advised counsel that (1) Ms. Russo has successfully complied with the counseling condition ordered when she was released, and (2) Ms. Russo's counselor believes there is no need at this time to continue counseling services.  Accordingly, at the

request of Pretrial Services, the parties agree that the counseling condition (number 13 of the conditions filed March 29, 2012) may be stricken.  All other conditions shall remain in force.

					Respectfully submitted,

					JOSEPH SCHLESINGER
					Acting Federal Defender

Dated:  January 7, 2013			/s/ T. Zindel
					TIMOTHY ZINDEL
					Assistant Federal Defender
					Attorney for CRYSTAL RUSSO

					BENJAMIN B. WAGNER
					United States Attorney

Dated:  January 7, 2013			/s/ T. Zindel for D. McConkie
					DANIEL McCONKIE
					Assistant U.S. Attorney

# O R D E R

Condition number 13 of the release conditions previously imposed on Ms. Russo (requiring counseling) is stricken.

IT IS SO ORDERED.

Dated: January 8, 2013.

					ALLISON CLAIRE
					UNITED STATES MAGISTRATE JUDGE

Stip. & Order					2