DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CRYSTAL RUSSO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0198 MCE |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **MODIFYING RELEASE CONDITIONS** |
| ALONZO STEVE BARNETT and | ) **AS TO DEFENDANT RUSSO** |
| CRYSTAL RUSSO, | ) |
| Defendants. | ) Judge: Hon. Allison Claire |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Crystal Russo, through their respective attorneys, that the release conditions imposed on Ms. Russo on March 29, 2012, may be modified as set forth below.

   Ms. Russo's pretrial services officer has advised counsel that (1) Ms. Russo has successfully complied with the counseling condition ordered when she was released, and (2) Ms. Russo's counselor believes there is no need at this time to continue counseling services. Accordingly, at the

1  request of Pretrial Services, the parties agree that the counseling
2  condition (number 13 of the conditions filed March 29, 2012) may be
3  stricken.  All other conditions shall remain in force.

                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated:  January 7, 2013                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  January 7, 2013                 /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney


**O R D E R**

   Condition number 13 of the release conditions previously imposed on Ms. Russo (requiring counseling) is stricken.
   IT IS SO ORDERED.
Dated: January 8, 2013.

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

Stip. & Order                           2