JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-0198 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | |
| Defendants. | Date: January 10, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for January 10, 2013, may be continued to February 7, 2013, at 9:00 a.m.

Ms. Russo and counsel are awaiting additional audio recordings the government has promised to provide in discovery. Those recordings will determine whether further investigation is needed and will help the parties to resolve the case. In order to complete necessary discovery

1  and investigation, the parties agree that the ends of justice served by
2  this continuance outweigh the best interests of the public and the
3  defendant in a speedy trial and that time under the Speedy Trial Act
4  should be excluded through February 7, 2013, pursuant to 18 U.S.C. §
5  3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated:   January 7, 2013                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   January 7, 2013                /s/ T. Zindel for D. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney


# **O R D E R**

The status conference is continued to February 7, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stip & Order                          -2-