JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00198-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | |
| Defendants. | Date: February 7, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for February 7, 2013, may be continued to March 14, 2013, at 9:00 a.m.

     Ms. Russo and counsel have reviewed additional audio recordings the government provided in discovery since the last status conference. The defense has additional follow-up investigation but counsel intend to meet and confer later this week about resolving the case. In order to

1  complete these tasks, the parties agree that the ends of justice served
2  by this continuance outweigh the best interests of the public and the
3  defendant in a speedy trial and that time under the Speedy Trial Act
4  should be excluded through   March 14, 2013, pursuant   to 18 U.S.C. §
5  3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

```
                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

Dated:   February 5, 2013               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:   February 5, 2013               /s/ T. Zindel for D. McConkie
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney
```

Stip & Order                           -2-

**ORDER**

The status conference is continued to March 14, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE