```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:11-CR-0198 MCE
                                 )
14            Plaintiff,         )
                                 )  STIPULATION AND ORDER
15       v.                      )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME
16  CRYSTAL RUSSO et al.,        )
                                 )
17            Defendants.        )  Date:  March 14, 2013
                                 )  Time:  9:00 a.m.
18  _____ )  Judge: Hon. Morrison C. England

19
```

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,
21 through her attorney, Timothy Zindel, and plaintiff, United States of
22 America, through its attorney, Daniel S. McConkie, that the status
23 conference as to defendant Russo, scheduled for March 14, 2013, may be
24 continued to March 28, 2013, at 9:00 a.m.
25     Ms. Russo and counsel have reviewed additional audio recordings the
26 government provided in discovery since the last status conference.
27 Counsel are scheduled to meet the week of March 18 to discuss the defense
28 investigation and how it may affect resolution of the case.  In order to

complete these tasks, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through March 28, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 11, 2013     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN B. WAGNER
United States Attorney

Dated: March 11, 2013     /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 28, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: March 14, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE