JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-0198 MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., ) | |
| Defendants. ) | Date: March 14, 2013 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for March 28, 2013, may be continued to June 13, 2013, at 9:00 a.m.

The government has requested additional time to investigate Ms. Russo's defense to the charges. Counsel met during the week of March 18 to discuss the defense investigation and provide information relative to Ms. Russo's defense. Both parties expect to continue their investigation

through May and would like to complete it before further scheduling. The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through June 13, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 25, 2013         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for CRYSTAL RUSSO


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: March 25, 2013         /s/ T. Zindel for D. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney

# **O R D E R**

The status conference is continued to June 13, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Date: April 09, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE