```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:11-cr-0198 MCE
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND ORDER
15       v.                        ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
16  CRYSTAL RUSSO et al.,          )
                                   )
17              Defendants.        ) Date:  June 13, 2013
                                   ) Time:  9:00 a.m.
18  _____) Judge: Hon. Morrison C. England

19
```

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for June 13, 2013, may be continued to June 27, 2013, at 9:00 a.m.

The government has requested additional time to investigate Ms. Russo's defense to the charges. Counsel met during the week of March 18 to discuss the defense investigation and provide information relative to Ms. Russo's defense. The government has yet to advise defense counsel

1  about how it wishes to proceed.  The parties therefore agree that the
2  ends of justice served by this continuance outweigh the best interests of
3  the public and the defendant in a speedy trial and that time under the
4  Speedy Trial Act should be excluded through June 27, 2013, pursuant to 18
5  U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

Dated:   June 11, 2013                   /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for CRYSTAL RUSSO


                                         BENJAMIN B. WAGNER
                                         United States Attorney


Dated:   June 11, 2013                   /s/ T. Zindel for D. McConkie
                                         DANIEL S. McCONKIE
                                         Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 27, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on June 27, 2013.

IT IS SO ORDERED.

Date: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT