HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CRYSTAL RUSSO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-0198 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | ) | |
| | ) | |
| Defendants. | ) | Date:  June 27, 2013 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge:  Hon. Morrison C. England |


IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for June 27, 2013, may be continued to July 18, 2013, at 9:00 a.m.

The government has requested additional time to investigate Ms. Russo's defense to the charges.  Counsel met during the week of March 18 to discuss the defense investigation and provide information relative to Ms. Russo's defense.  The government has yet to advise defense counsel

1   about how it wishes to proceed.   The parties therefore agree that the

2   ends of justice served by this continuance outweigh the best interests of

3   the public and the defendant in a speedy trial and that time under the

4   Speedy Trial Act should be excluded through July 18, 2013, pursuant to 18

5   U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

6

7                                    Respectfully submitted,

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9
    Dated:   June 25, 2013           /s/ T. Zindel
10                                   TIMOTHY ZINDEL
                                     Assistant Federal Defender
11                                   Attorney for CRYSTAL RUSSO

12
                                     BENJAMIN B. WAGNER
13                                   United States Attorney

14  Dated:   June 25, 2013           /s/ T. Zindel for D. McConkie
                                     DANIEL S. McCONKIE
15                                   Assistant U.S. Attorney

16

17                         **O R D E R**

18       The status conference is continued to July 18, 2013, at 9:00 a.m.

19  The Court finds that the ends of justice to be served by a continuance

20  outweigh the best interests of the public and the defendant in a speedy

21  trial, for the reasons stated above, and orders time excluded through the

22  status conference on July 18, 2013.

23       IT IS SO ORDERED.

24  Date: June 25, 2013

25

26

27  MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
28

Stip & Order                    -2-