HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CRYSTAL RUSSO et al.,<br><br>        Defendants. | No. 2:11-CR-0198 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  July 18, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

    IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for July 18, 2013, may be continued to July 25, 2013, at 9:00 a.m.

    The government had requested additional time to investigate Ms. Russo's defense to the charges but the assigned prosecutor left the U.S. Attorney's office without communicating his intentions to defense counsel.  The case will be reassigned and a decision made, but not in

time for the July 18 status, so counsel have agreed to continue the status one week. The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through July 25, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 16, 2013          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for CRYSTAL RUSSO


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  July 16, 2013          /s/ T. Zindel for D. McConkie
                               DANIEL S. McCONKIE
                               Assistant U.S. Attorney

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to July 25, 2013, at 9:00 a.m.** in Courtroom 7. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on July 25, 2013.

IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT