HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:11-CR-0198 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| CRYSTAL RUSSO, | ) | |
| | ) | |
| Defendant. | ) | Date:   October 24, 2013 |
| | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Morrison C. England |

   It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United States of America, that the status conference scheduled for October 24, 2013, may be rescheduled for December 12, 2013, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

   The government has requested additional information from the defense regarding status of the case, which was under review by the previously-assigned prosecutor when he left the U.S. Attorney's office.  Additional discovery had been promised at that time but has not yet been provided.  The case has been reassigned within that office but new counsel needs additional time to review it.  The parties therefore agree that the ends of justice served by this continuance

outweigh the best interests of the public and the defendant in a speedy trial and ask that time under the Speedy Trial Act should be excluded through December 12, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV)..

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  October 21, 2013            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  October 21, 2013            /s/  T. Zindel for J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**O R D E R**

      The status conference is continued to December 12, 2013, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated:  October 23, 2013

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT