HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.  2:11-CR-0198 MCE |
| | ) |
| Plaintiff, | ) |
| | )  **STIPULATION AND ORDER** |
| vs. | )  **CONTINUING STATUS CONFERENCE** |
| | )  **AND EXCLUDING TIME** |
| CRYSTAL RUSSO, | ) |
| | ) |
| Defendant. | )  Date:   December 12, 2013 |
| | )  Time:   9:00 a.m. |
| _____ | )  Judge: Hon. Morrison C. England |

        It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United

States of America, that the status conference scheduled for December 12, 2013, may be

rescheduled for January 30, 2014, at 9:00 a.m. and time under the Speedy Trial Act excluded as

set forth below.

        The defense has provided to the assigned Assistant U.S. attorney information about

discussions with prior counsel.  Additional discovery promised by prior government counsel has

not yet been provided but the parties' discussions may obviate the need for additional discovery.

The parties expect to meet again before the rescheduled status conference.  The parties therefore

agree that the ends of justice served by this continuance outweigh the best interests of the public

1    and the defendant in a speedy trial and ask that time under the Speedy Trial Act should be

2    excluded through January 30, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and

3    (b)(IV)..

4                                          Respectfully Submitted,

5                                          HEATHER E. WILLIAMS
                                           Federal Defender
6

7    Dated:  December 9, 2013              /s/ T. Zindel
                                           TIMOTHY ZINDEL
8                                          Assistant Federal Defender
                                           Attorney for CRYSTAL RUSSO
9

10                                         BENJAMIN WAGNER
                                           United States Attorney
11

12   Dated:  December 9, 2013              /s/  T. Zindel for J. Hitt
                                           JASON HITT
13                                         Assistant U.S. Attorney

14

15                                  **O R D E R**

16        The status conference is continued to January 30, 2014, at 9:00 a.m.  The court finds that

17   a continuance is necessary for the reasons stated above and that the ends of justice served by

18   granting a continuance outweigh the best interests of the public and the defendant in a speedy

19   trial.  Time is therefore excluded from the date of this order through January 30, 2014, pursuant

20   to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21        IT IS SO ORDERED.

22   Dated:  December 12, 2013

23

24                                         MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT
25

26

27

28