1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5   916-498-5700/Fax 916-498-5710

6   Attorney for Defendant
    CRYSTAL RUSSO
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13  UNITED STATES OF AMERICA,        )  Case No.  2:11-cr-00198-MCE
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15      vs.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  CRYSTAL RUSSO,                   )
                                     )
17                  Defendant.       )  Date:  March 14, 2014
                                     )  Time:  9:00 a.m.
18  _____ )  Judge:  Hon. Morrison C. England

19

20          It is hereby stipulated and agreed between defendant, Crystal Russo, and

21  plaintiff, United States of America, that the status conference scheduled for March 14,

22  2014, may be rescheduled for May 1, 2014, at 9:00 a.m. and time under the Speedy

23  Trial Act excluded as set forth below.

24          The defense has provided to the assigned Assistant U.S. attorney information

25  about discussions with prior counsel.  Additional discovery promised by prior

26  government counsel has not yet been provided but the parties' discussions may obviate

27  the need for additional discovery.  The parties expect to meet and confer again before

28  the rescheduled status conference.  The parties therefore agree that the ends of justice

                                    -1-

1    served by this continuance outweigh the best interests of the public and the defendant

2    in a speedy trial and ask that time under the Speedy Trial Act should be excluded

3    through May 1, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

4                                              Respectfully Submitted,

5                                              HEATHER E. WILLIAMS
                                               Federal Defender
6

7    Dated:  March 10, 2014            /s/ T. Zindel_____
                                               TIMOTHY ZINDEL
8                                              Assistant Federal Defender
                                               Attorney for CRYSTAL RUSSO
9

10                                             BENJAMIN WAGNER
                                               United States Attorney
11

12   Dated:  March 10, 2014            /s/  T. Zindel for J. Hitt      ____
                                               JASON HITT
13                                             Assistant U.S. Attorney

14

15                               O R D E R

16          The status conference is continued to May 1, 2014, at 9:00 a.m.  The Court finds

17   that a continuance is necessary for the reasons stated above and that the ends of

18   justice served by granting a continuance outweigh the best interests of the public and

19   the Defendant in a speedy trial.  Time is therefore excluded from the date of this order

20   through May 1, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21          IT IS SO ORDERED.

22   Dated:  March 11, 2014

23

24

25   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
26   UNITED STATES DISTRICT COURT

27

28