HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br>CRYSTAL RUSSO,  )<br>  )<br>           Defendant.  )<br>_____ ) | Case No.  2:11-CR-0198 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  May 1, 2014<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United States of America, that the status conference scheduled for May 1, 2014, may be rescheduled for June 12, 2014, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

The defense has provided to the assigned Assistant U.S. attorney information about discussions with prior counsel.  Additional discovery promised by prior government counsel has not yet been provided but the parties' discussions may obviate the need for additional discovery.  The parties expect to meet and confer again before the rescheduled status conference.  The parties therefore agree that the ends of justice

served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and ask that time under the Speedy Trial Act should be excluded through June 12, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 29, 2014         /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN WAGNER
United States Attorney

Dated:  April 29, 2014         /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

The status conference is continued to June 12, 2014, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 12, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 2, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT