HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CRYSTAL RUSSO,<br><br>　　　　　　Defendant. | Case No.  2:11-CR-0198 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　July 31, 2014<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England |

　　　　It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United States of America, that the status conference scheduled for July 31, 2014, may be rescheduled for September 18, 2014, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

　　　　The defense has provided to the assigned Assistant U.S. attorney information about discussions with prior counsel.  Additional discovery promised by prior government counsel has not yet been provided but the parties' discussions may obviate the need for additional discovery.  The parties expect to meet and confer again before the rescheduled status conference.  The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant

in a speedy trial and ask that time under the Speedy Trial Act should be excluded through September 18, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS  
                                        Federal Defender

Dated:  July 25, 2014              /s/ T. Zindel  
                                        TIMOTHY ZINDEL  
                                        Assistant Federal Defender  
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN WAGNER  
                                        United States Attorney

Dated:  July 25, 2014              /s/  T. Zindel for J. Hitt  
                                        JASON HITT  
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to September 18, 2014, at 9:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated:  July 28, 2014

                                          MORRISON C. ENGLAND, JR, CHIEF JUDGE  
                                          UNITED STATES DISTRICT COURT