HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRYSTAL RUSSO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  2:11-CR-0198 MCE <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  September 18, 2014 <br> Time:  9:00 a.m. <br> Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United States of America that the status conference scheduled for September 18, 2014, may be rescheduled for October 30, 2014, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

The defense has provided to the assigned Assistant U.S. attorney information about discussions with prior counsel.  Additional discovery promised by prior government counsel has not yet been provided but the parties' discussions may obviate the need for additional discovery.  The parties expect to meet and confer again before the rescheduled status conference.  The parties therefore agree that the ends of justice

served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and ask that time under the Speedy Trial Act should be excluded through October 30, 2014, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: September 15, 2014        /s/ T. Zindel_____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: September 15, 2014        /s/ T. Zindel for J. Hitt_____
                                        JASON HITT
                                        Assistant U.S. Attorney

## ORDER

      The status conference is CONTINUED to October 30, 2014, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 30, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: September 18, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT