1     HEATHER E. WILLIAMS, #122664
      Federal Defender
2     TIMOTHY ZINDEL, #158377
      Assistant Federal Defender
3     801 I Street, 3rd Floor
      Sacramento, CA  95814
4     Tel: 916-498-5700/Fax 916-498-5710
      timothy_zindel@fd.org
5

6     Attorney for Defendant
      CRYSTAL RUSSO
7

8
                      IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12

13    UNITED STATES OF AMERICA,           )  Case No.  2:11-CR-0198 MCE
                                          )
14                         Plaintiff,     )
                                          )  **STIPULATION AND ORDER**
15           vs.                          )  **CONTINUING STATUS CONFERENCE**
                                          )  **AND EXCLUDING TIME**
16    CRYSTAL RUSSO,                      )
                                          )
17                         Defendant.     )  Date:   December 18, 2014
                                          )  Time:   9:00 a.m.
18    _____)  Judge:  Hon. Morrison C. England

19

20         It is hereby stipulated and agreed between defendant, Crystal Russo, and

21    plaintiff, United States of America that the status conference scheduled for December

22    18, 2014, may be rescheduled for January 29, 2015, at 9:00 a.m. and time under the

23    Speedy Trial Act excluded as set forth below.

24         The defense has provided to the assigned Assistant U.S. attorney information

25    about discussions with prior counsel.  Additional discovery promised by prior

26    government counsel has not yet been provided but the parties' discussions may obviate

27    the need for additional discovery.  The parties therefore agree that the ends of justice

28    served by this continuance outweigh the best interests of the public and the defendant

                                        -1-

1   in a speedy trial and ask that time under the Speedy Trial Act should be excluded

2   through January 29, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and

3   (b)(IV).

4                                                    Respectfully Submitted,

5                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
6

7   Dated:  December 15, 2014              /s/ T. Zindel_____
                                                     TIMOTHY ZINDEL
8                                                    Assistant Federal Defender
                                                     Attorney for CRYSTAL RUSSO
9

10                                                   BENJAMIN WAGNER
                                                     United States Attorney
11

12  Dated:  December 15, 2014              /s/  T. Zindel for J. Hitt_____
                                                     JASON HITT
13                                                   Assistant U.S. Attorney

14

15                              **O R D E R**

16          The status conference is continued to January 29, 2015, at 9:00 a.m.  The court

17  finds that a continuance is necessary for the reasons stated above and that the ends of

18  justice served by granting a continuance outweigh the best interests of the public and

19  the defendant in a speedy trial.  Time is therefore excluded from the date of this order

20  through January 29, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

21          IT IS SO ORDERED.

22  DATED:  December 24, 2014

23

24          _____
            MORRISON C. ENGLAND, JR. CHIEF JUDGE
            UNITED STATES DISTRICT COURT
25

26

27

28