HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CRYSTAL RUSSO,<br><br>            Defendant. | Case No.  2:11-CR-0198 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   January 29, 2015<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Crystal Russo, and plaintiff, United States of America that the status conference scheduled for January 29, 2015, may be rescheduled for March 12, 2015, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

Counsel for the government has identified a potential resolution of the case but seeks additional time to obtain supervisorial approval.  Additional discovery promised by prior government counsel has not yet been provided but the parties' discussions may obviate the need for that discovery.  The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant

-1-

in a speedy trial and ask that time under the Speedy Trial Act should be excluded through March 12, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                      Respectfully Submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  January 26, 2015          /s/ T. Zindel_____
                                      TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  January 26, 2015          /s/  T. Zindel for J. Hitt_____
                                        JASON HITT
                                        Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 12, 2015, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 12, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: January 28, 2015

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT