BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0198 MCE |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER |
| v. | |
| CRYSTAL RUSSO, | |
| Defendant. | |

   The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Crystal RUSSO in Case No. 2:11-CR-0198 MCE pursuant to Federal Rule of Criminal Procedure 48(a).

   The government brings this motion in the interests of justice based upon the lapse of time from the initiation of the prosecution and evidence developed by defense counsel and his team. Accordingly, the undersigned respectfully moves to dismiss the Indictment against defendant RUSSO in the interests of justice pursuant to Rule 48(a).

1

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, the Indictment in Case No. 2:11-CR-0198 MCE against Crystal RUSSO is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT